**COHN, BRACAGLIA & GROPPER**
**A Professional Corporation**
**Counsellors at Law**
**275 E. Main Street**
**PO Box 1094**
**Somerville, NJ 08876**
**908-526-1131**
**John F. Bracaglia, Jr.**
**Attorney for Debtor**
**JB – 1479**

|  |  |
|---|---|
| _____ | UNITED STATES BANKRUPTCY COURT |
| In re: : | DISTRICT OF NEW JERSEY |
| : |  |
| : | Chapter 7 |
| MOHAMMAD ADWAN : |  |
| : |  |
| Debtor : | Case No.: 08-35954 RTL |
| _____: |  |

## NOTICE OF MOTION TO QUASH SUBPOENA

TO:   Kenneth S. Jannette, Esq.
      Weinstein & Riley, P.S.
      14 Penn Plaza, Suite 1300
      New York, NY  10122


SIR/MADAM:

     PLEASE TAKE NOTICE that the undersigned attorney for debtor shall move before The Honorable Raymond T. Lyons, United States Bankruptcy Court, 402 East State Street, Trenton,  Courtroom  8, New Jersey on March 16, 2009, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order to quash the subpoena which you served in this matter.

In support thereof, the undersigned shall rely upon the annexed Certification filed simultaneously herewith and oral argument.   No brief has been submitted since no unique question exists.

PLEASE TAKE FURTHER NOTICE that the undersigned waives oral argument and consents to a disposition of this matter on the papers.

>COHN, BRACAGLIA & GROPPER
>Attorneys for Debtor

DATED:  February 23, 2009            By:/s/ John F. Bracaglia, Jr.
                                             John F. Bracaglia, Jr.


bmot.12480.Adwan.mot.quash.2.23.09