| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>John F. Bracaglia, Jr., Esq.<br>Cohn, Bracaglia & Gropper<br>275 E. Main Street<br>PO Box 1094<br>Somerville, NJ 08876<br>(908) 526-1131<br>Attorneys for Debtor | |
| In Re:<br><br>MOHAMMAD ADWAN | Case No.:   08-35954<br><br>Adv. No.:<br><br>Hearing Date:  March 16, 2009<br><br>Judge:   Lyons |

## ORDER QUASHING SUBPOENA

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

The within matter having come before the Court upon the motion of Cohn, Bracaglia & Gropper, attorney for debtor, seeking to quash the 2004 Subpoena heretofore served upon the debtor by Weinstein & Riley, and it appearing that due has been given, and with good cause being shown,

IT IS ORDERED that the 2004 Subpoena hereto served upon the debtor be and hereby is quashed in its entirety.

Bmot.12480.Adwan.order.quash.2.23.09