**COHN, BRACAGLIA & GROPPER**
**A Professional Corporation**
**Counsellors at Law**
**275 E. Main Street**
**PO Box 1094**
**Somerville, NJ 08876**
**908-526-1131**
**John F. Bracaglia, Jr.**
**Attorney for Debtor**
**JB – 1479**

|  |  |
|---|---|
| _____ | UNITED STATES BANKRUPTCY COURT |
| In re:                                  : | DISTRICT OF NEW JERSEY |
|                                            : |  |
|                                            : | Chapter 7 |
| MOHAMMAD ADWAN       : |  |
|                                            : |  |
|              Debtor          : | Case No.: 08-35954 RTL |
| _____: |  |

**PROOF OF SERVICE**

1.  I, Lynne Brokaw, am secretary in the law firm of Cohn, Bracaglia & Gropper.

2.  On February 23, 2009, I forwarded by first class regular mail the following documents:

    a.   Notice of Motion to Quash Subpoena;
    b.   Supporting Certification, and
    c.   Proposed form of Order.

addressed to:

   Kenneth S. Jannette, Esq.
   Weinstein & Riley, P.S.
   14 Penn Plaza, Suite 1300
   New York, NY  10122
   Attorneys for Plaintiff

   I certify that the foregoing statements are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


DATED:  February 23, 2009                                      /s/ Lynne Brokaw

Bmotions.12480.Adwan..POS.2.23.09